```
                    UNITED STATES BANKRUPTCY COURT
                    FOR THE DISTRICT OF RHODE ISLAND
```

In re:

    Jonathan Harlan                         BK-19-11405
    Sabrina Harlan                          CHAPTER 13
        Debtors

## OBJECTION TO CONFIRMATION

The Trustee objects to confirmation of the debtor's Plan on the grounds that the Plan does not provide that all of the debtor's projected disposable income to be received will be applied to make payments under the Plan. *See* 11 U.S.C. §1325(b)(1)(B).

/s/ John Boyajian
John Boyajian, Trustee
182 Waterman Street
Providence, RI 02906
Tel:(401) 223-5550
Fax:(401) 223-5548

## CERTIFICATION

I hereby certify that a copy of the within Objection was mailed, postage prepaid, to Jonathan & Sabrina Harlan, 42 Beausoleil Street, Woonsocket, RI 02895 and electronically mailed to Michael Zabelin, Esq. at mzabelin@rils.org on January 14, 2020.

/s/ Martha Hunt