# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF RHODE ISLAND

## PROCEDURES AND INSTRUCTIONS FOR TELEPHONIC APPEARANCES

**Equipment information:**

Due to the sensitivity of our recording equipment, we ask that you note the following restrictions:

- Telephonic participants should call from a land line if possible. If participants are limited to using a mobile telephone, it is suggested that you utilize a headset or earbuds.

- Please do not use the speaker phone option as this will cause issues with the recording of the official court record. Full duplex phones such as Polycom are made for teleconferences and can be used on speaker or hands free without affecting audio quality.

- To avoid feedback, participants must keep the volume of their devices down, avoid speaking too quickly, and mute their devices when not speaking.

**Steps to access the conference:**

1. Ten minutes prior to the start of the telephone conference, dial the Clerk's Office Conference Bridge at (888) 684-8852.

2. Enter the Access Code 7978727

3. When prompted, enter the Participant Security Code, which for this session is 553441, then press pound (#).

4. You will be prompted for your name. At the tone, state your name for the voice conferencing system. You will then be connected to the conference bridge.

5. When connected, please state your name again so the court knows which party is on the line. *Please remember that once you have joined the conference bridge, any conversation on your end of the line will be audible to all participants.*

6. Please mute your phone until the case you are involved in is called by the Courtroom Deputy.

7. Once the case that you are participating in is called, please state your name for the record. Every time you speak during the call, you must announce yourself for the record.

8. When your case involvement has concluded, simply hang up and you will be disconnected from the conference bridge.

Contact the Courtroom Deputy at 401-626-3136 if you have any questions.

Rev. 3/20/20