UNITED STATES BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND

In re:

   JONATHAN B. HARLAN                                BK-19-11405
   SABRINA F. HARLAN
        Debtor(s)                                      Chapter 13

ORDER

It is hereby

ORDERED

In addition to pre-confirmation payments required to be paid by the Debtors, the Debtors shall pay to the Office of the Chapter 13 Trustee, 400 Westminster Street, Suite 54, Providence, Rhode Island 02903, the sum of $1,043.00 per month for the months of August 2020 up to and including June 2021 and then the sum of $1,243.00 per month for the months of July 2021 up to and including January 2024.

_____
Diane Finkle
United States Bankruptcy Judge