UNITED STATES BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND

In re:

   JONATHAN B. HARLAN                                   BK-19-11405
   SABRINA F. HARLAN
        Debtor(s)                                        Chapter 13

### AMENDED ORDER

It is hereby

ORDERED

In addition to payments made year to date, the Debtors shall pay to the Office of the Standing Chapter 13 Trustee, 400 Westminster St., Ste 54, Providence, RI 02903, the sum of $1,243.00 per month for 23 months.

*/s/ Diane Finkle*
Diane Finkle
United States Bankruptcy Judge